LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| THERESA PLANTE and DIANA HERTZ,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE SHERWIN-WILLIAMS COMPANY, individually and dba as SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP. and WESTERN AUTOMOTIVE FINISHES; SHERWIN-WILLIAMS AUTOMOTIVE CORP., individually and dba WESTERN AUTOMOTIVE FINISHES; WESTERN AUTOMOTIVE FINISHES;  and DOES 1 through 50 Inclusive,<br><br>                Defendants. | CASE NO.:  EDCV07 - 505 SGL (OPx)<br><br>**JUDGMENT** |

Pursuant to the Order of this Court granting Summary Judgment in favor of Defendant Sherwin-Williams Automotive Finishes Corporation and against Plaintiff Theresa Plante issued in this matter on July 14, 2008;

IT IS ADJUDGED that:

1.      This action shall be dismissed and Plaintiff Theresa Plante take nothing;

///

///

4810-9845-0690.1

1     2.     Defendant Sherwin-Williams Automotive Finishes Corporation shall
2 recover its costs of suit.

4 DATED: July 23, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**
*Theresa Plante, et al. v. The Sherwin-Williams Co., et al.*
Case No. EDCV07-505 SGL (OPx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am a resident of the State of California, County of Los Angeles. I am over the age of eighteen (18) years and not a party to the within action. My business address is: Lewis, Brisbois, Bisgaard & Smith LLP, 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

    On July 22, 2008, I served the following document described as **JUDGMENT** in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelope addressed as follows:

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2008, at Los Angeles, California.

Edwina G. Martinez

4810-9845-0690.1

JUDGMENT

## SERVICE LIST

Steven C. Glickman (SBN: 105436)
**GLICKMAN & GLICKMAN**
9460 Wilshire Boulevard, Suite 830
Beverly Hills, CA 90212-2732
Tel: (310) 273-4040
Fax: (310) 273-0829
Plaintiffs THERESA PLANTE and DIANA HERTZ

Patricia A. Law, Esq.
**HOLSTEIN, TAYLOR, UNITT & LAW**
4300 Latham Street
Riverside, CA 92501
Tel: (951) 682-7030
Fax: (951) 684-8061
Plaintiff DIANA HERTZ

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4810-9845-0690.1

JUDGMENT