Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| THERESA PLANTE and DIANA HERTZ, <br><br> Plaintiffs, <br><br> v. <br><br> THE SHERWIN-WILLIAMS COMPANY, individually and dba as SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP. and WESTERN AUTOMOTIVE FINISHES; SHERWIN-WILLIAMS AUTOMOTIVE CORP., individually and dba WESTERN AUTOMOTIVE FINISHES; WESTERN AUTOMOTIVE FINISHES; and DOES 1 through 50 Inclusive, <br><br> Defendants. | CASE NO.: EDCV07 - 505 SGL (OPx) <br><br> **JUDGMENT** |

///
///
///
///
///
///
///

Lewis Brisbois Bisgaard & Smith LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  Pursuant to the Offer to Compromise made by Defendant Sherwin-Williams
2  Defendant Automotive Finishes Corp.("Defendant") pursuant to *Fed. R. Civ. P.* 68 and
3  *California Code of Civil Procedure* §998, and the terms and conditions set forth therein,
4  and Plaintiff Diana Hertz's acceptance of that Offer, this Court enters Judgment in favor
5  of Plaintiff Hertz in the amount of $5,000.00, each party to bear their own attorney's
6  fees and costs.

8  DATED: 9-8-08           _____
                           U.S. DISTRICT COURT JUDGE